# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| ROBERT ANDREW WRIGHT | ) | 2:23-mj-1116-KCD |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of July 6, 2023 in the county of Lee in the
Middle District of Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 26 U.S.C. § 5861(i) | Possession of an unserialized NFA firearm. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

*Thomas Jordan Mileshko*
Complainant's signature

Thomas "Jordan" Mileshko, Special Agent, ATF
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me
pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 7/12/23

*Kyle C. Dudek*
Judge's signature

City and state: Fort Myers, Florida      Kyle C. Dudek, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Thomas "Jordan" Mileshko, being duly sworn, state as follows:

## INTRODUCTION

1. I am a Special Agent (SA) with the United States Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), and have been so employed since June 2020. I am currently assigned to the Fort Myers Field Office of the ATF. I have received extensive law enforcement training at the Department of Homeland Security's Criminal Investigative Training Program and the ATF's Special Agent Basic Training at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia. This six-month training program covered subject matters that included federal criminal statutes, interviewing techniques, arrest procedures, use of force, search and seizure authority, narcotics, undercover techniques, search warrant applications, and various other investigative techniques.

2. As a Special Agent with the ATF, I am responsible for investigating violations of federal criminal law primarily concerning illegal firearms activity, including violations of the Gun Control Act (GCA), 18 U.S.C. §§ 921 – 931, and violations of the National Firearms Act (NFA), 26 U.S.C. §§ 5801 – 5872.

3. Prior to working for the ATF, I was a certified Police Officer with the Marietta Police Department in Cobb County, Georgia from approximately 2009 to 2020. During my time with the Marietta Police Department, I was assigned to the Crime Interdiction Unit (CIU) from approximately 2014 to 2019 and the Special Weapons and Tactics (SWAT) team from approximately 2010 to 2020. During my

employment at the Marietta Police Department, I was a state-certified marijuana examiner, field training officer, firearms and defensive tactics instructor, and obtained my senior patrol officer status. In addition, I participated in over 3,000 hours of Georgia POST (Police Officers Standards and Training) accredited training. During my law enforcement career, I have made over 500 arrests, sworn out over 200 arrest warrants and 50 search warrants, as well as testified in numerus state and federal court hearings. I also have a bachelor's degree in criminal justice from Kennesaw State University.

4. This affidavit is submitted in support of a criminal complaint charging Robert Andrew WRIGHT ("WRIGHT") with unlawfully possessing an unserialized NFA firearm in violation of 26 U.S.C. § 5861(i) on or about July 6, 2023, in the Middle District of Florida.

5. The facts contained in this affidavit are either personally known or have been told to me by other law enforcement officers and witnesses or are based upon my review of the evidence and records. Because this affidavit is being submitted for the limited purpose of obtaining a criminal complaint for WRIGHT, I have not included every detail or every aspect of the investigation. Rather, I have set forth only those facts that I believe are necessary to support probable cause for the issuance of a criminal complaint against WRIGHT for the above-identified violations.

## PROBABLE CAUSE

6. On or about June 22, 2023, I received information that WRIGHT may be 3D-printing and selling Glock switches and AR-style lower receivers. An ATF SA

acting in an undercover capacity (UC) was introduced to WRIGHT by a source of information, and the UC arranged to meet WRIGHT for the purpose of purchasing 3D-printed firearms and/or firearm components. Florida Department of Corrections (DOC) records indicated that WRIGHT was on felony state probation for firearm and drug-related felonies, and that he was purportedly residing in Fort Myers, Lee County, Florida.

7. On June 23, 2023, the UC met with WRIGHT in Lee County, Florida, and purchased one complete AR-style pistol with a 3D-printed lower receiver installed with a forced reset trigger (FRT), three 3D-printed Glock switches, and one AR-style lower receiver, in exchange for $500.00 in cash.

8. On July 6, 2023, the UC met with WRIGHT for a second time in Lee County, Florida, and purchased eight 3D-printed AR-style lower receivers, eight 3D-printed FRT's, and one complete AR-style rifle with a 3D-printed lower receiver installed with an FRT, in exchange for $1,250.00 in cash. During the meeting, as depicted in a screenshot below, WRIGHT physically possessed the AR-style rifle prior to providing it to the UC.



9. I later measured the AR-style rifle that was purchased from WRIGHT and determined that the barrel measured approximately 7.5 inches in length, qualifying the firearm as a "short-barreled rifle" (SBR) as that term is defined under 18 U.S.C. § 921(a)(6). Under the NFA, it is unlawful for a person to possess an SBR "which is not identified by a serial number." 26 U.S.C. § 5861(i). I later inspected the SBR that was purchased from WRIGHT and determined that it did not contain a serial number, but it did have a marking on the inside of the magazine well that said "HOFFMAN TACTICAL Basic Lower V3.1." A photograph of the SBR purchased from WRIGHT is depicted below.



## CONCLUSION

10.     Based upon the information set forth above, I respectfully submit that probable cause exists to charge Robert Andrew Wright with unlawfully possessing an unserialized NFA firearm under 26 U.S.C. § 5861(i), on or about July 6, 2023, in the Middle District of Florida.

*Thomas Jordan Mileshko*
_____
Thomas "Jordan" Mileshko
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Affidavit submitted to me by reliable electronic means and attested to me as true and accurate by telephone other reliable electronic means consistent with Fed. R. Crim. P. 4.1 and 41(d)(3) before me this 12th day of July, 2023, in Fort Myers, Florida.

*Kyle C. Dudek*
_____
Kyle C. Dudek
United States Magistrate Judge

5