UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA,
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                              Case No. 2:23-cr-87-TPB-KCD

ROBERT ANDREW WRIGHT

### DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING

COME NOW the Defendant, by and through his undersigned counsel, and hereby moves, *unopposed*, for this Court to continue the sentencing in the above-referenced case which is currently scheduled for December 1, 2023 date, to a date convenient for the Court at least 3 weeks from the current date, and would state is support as follows:

1. The Defendant has pled guilty to the two charges contained in the Information, and was set for sentencing on December 1, 2023.

2. The defense requests a brief continuance so that the Defendant can continue to work with his defense attorneys on information the attorneys have requested, and he is gathering, for a potential sentencing guideline variance motion.

3. This motion is made in good faith and not for the purposes of delay.

4. The Government does not object to this continuance.

WHEREFORE, the Defendant ROBERT WRIGHT, requests this case be continued from the December 1, 2023 date, to a date convenient for the Court at least three weeks out.

    /s/ Danielle L. O'Halloran
Danielle L. O'Halloran, Esq.
RINGSMUTH, DAY &
O'HALLORAN PLLC
2215 First Street
Fort Myers, FL 33901
(239) 332-2500- telephone
Email: DLO@swfljustice.com
Bar No. 59193

CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the U.S. Attorney's Office, Middle District of Florida.

s/s Danielle L. O'Halloran
Danielle L. O'Halloran, Esq.