UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:23-cr-87-TPB-KCD

ROBERT ANDREW WRIGHT

**UNITED STATES' MOTION FOR FINAL ORDER OF FORFEITURE**

Pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, the United States of America moves for a Final Order of Forfeiture for an Audi model S6 motor vehicle bearing VIN WAUJ2AFCXDN090589, seized from the defendant on or about July 13, 2023. In support thereof, the United States submits the following memorandum of law.

**MEMORANDUM OF LAW**

I.  **Statement of Facts**

1. On November 6, 2023, the Court entered a Preliminary Order of Forfeiture forfeiting to the United States all right, title, and interest of the defendant in the asset identified above, pursuant to 18 U.S.C. § 924(d), 26 U.S.C. § 5872, 28 U.S.C. § 2461(c), 49 U.S.C. § 80303[1]. Doc. 43. In accordance with the provisions of 21 U.S.C. § 853(n), the United States published notice of the forfeiture, and of its

---

[1] The United States will not seek a final order of forfeiture for the unserialized 3D-printed AR-style .223 Remington caliber rifle and the unserialized 9x19mm Glock-type machinegun identified in the Preliminary Order of Forfeiture because the undersigned was notified by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) that the assets were administratively forfeited on November 16, 2023.

intent to dispose of the asset on the official government website, www.forfeiture.gov, beginning on November 8, 2023, and ending on December 7, 2023.  Doc. 47.  The publication gave notice to all third parties with a legal interest in the asset to file with the Office of the Clerk, United States District Court, 2110 First Street, Suite 2-194, Ft. Myers, Florida 33901, a petition to adjudicate their interest within 60 days of the first date of publication.

2. To date, other than the defendant, whose interest was forfeited in the Preliminary Order of Forfeiture, no third parties have filed a Petition to Adjudicate Interest in the asset, and the time for filing such Petitions has expired.[2]

3. Consequently, the United States now seeks a final order of forfeiture for the asset.

**II. Applicable Law**

When all third-party petitions have been adjudicated, or if no petitions are filed, it is appropriate for the Court to enter a final order of forfeiture in accordance with Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure.  In addition, 21 U.S.C. § 853(n)(7) provides that following the disposition of all petitions, or if no petitions are timely filed in accordance with 21 U.S.C. § 853(n)(2), "the United States shall have clear title to property that is the subject of the order of forfeiture and

---

[2] The defendant asserted a claim to the vehicle in the administrative forfeiture proceedings; however, he never filed a claim or contested the forfeiture of the vehicle in these judicial forfeiture proceedings.  To the contrary, he agreed to the judicial forfeiture of the vehicle in his plea agreement and agreed the vehicle facilitated his criminal offense (Doc. 26 at 5), and did not oppose the entry of the Preliminary Order of Forfeiture entered by this Court which forfeited his interest in the vehicle.

may warrant good title to any subsequent purchaser or transferee." 21 U.S.C. § 853(n)(7).

As required by section 853(n), the United States published notice of the forfeiture, and of its intent to dispose of the asset on the official government website, www.forfeiture.gov, beginning on November 8, 2023, and ending on December 7, 2023. Doc. 47. Publication by internet is permitted in civil cases pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Assets Forfeiture Actions, of the Federal Rules of Civil Procedure. Federal Rule of Criminal Procedure 32.2(b)(6)(C) provides that publication of notice of criminal forfeiture may be made by any means described in Supplemental Rule G(4)(a)(iv).

The internet publication notified all who might have an interest in the asset of the United States' intent to dispose of such property and provided instructions on filing a petition to adjudicate an interest in the property. In accordance with the above-referenced provisions, a person or entity had 60 days from the first date of publication to file a petition with the District Court. Here, the first date of internet publication on www.forfeiture.gov was November 8, 2023. Thus, the final date for filing a petition to adjudicate interest in the asset was on January 8, 2024, and the time for filing such petitions has expired.

No person, other than the defendant, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, is known to have any potential interest in the asset. No additional party has filed a petition or claimed an interest in the asset. The time for filing a petition has expired.

3

Publication having been effected, and no claim or petition to adjudicate an interest having been filed, it is now appropriate for the Court to enter a Final Order of Forfeiture for the asset identified on page one, above.

### III.  Conclusion

WHEREFORE, the United States respectfully requests that, pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, this Court enter a final order, forfeiting to the United States all right, title and interest in the asset, for disposition according to law, and vesting clear title to said property in the United States of America.

Respectfully Submitted,

ROGER B. HANDBERG
United States Attorney

By:     *s/Suzanne C. Nebesky*
SUZANNE C. NEBESKY
Assistant United States Attorney
Florida Bar Number 59377
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602
(813) 274-6000 – telephone
E-mail: suzanne.nebesky@usdoj.gov

## CERTIFICATE OF SERVICE

     I hereby certify that on February 12, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

                                         *s/Suzanne C. Nebesky*
                                         SUZANNE C. NEBESKY
                                         Assistant United States Attorney